HONORABLE TIMOTHY W. DORE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

STRATEGIES 360, INC.,

        Debtor.

Chapter 11

No. 23-12303-TWD

STATEMENT PURSUANT TO FED. R. BANKR. P. 2016

      Bush Kornfeld LLP ("Bush Kornfeld"), proposed bankruptcy counsel for Strategies 360, Inc. ("S360" or the "Debtor"), makes the following statement pursuant to Fed. R. Bankr. P. 2016 and section 329 of the United States Bankruptcy Code:

      1.     The Debtor has retained Bush Kornfeld to represent the Debtor in this case. The primary attorneys representing the Debtor are Thomas A. Buford, and Christine Tobin-Presser, and Jason Wax. Currently, Mr. Buford's hourly rate is $525, Ms. Tobin-Presser's hourly rate is $525, and Mr. Wax's hourly rate is $425. Bush Kornfeld's rates are periodically adjusted at the beginning of each year to account for market conditions.

      2.     The hourly rates for attorneys of Bush Kornfeld range from $380 to $640 per hour.

      3.     Prior to the Petition Date, the Debtor paid Bush Kornfeld compensation for prepetition services in the amount of $92,255.50. That amount was paid over four separate payments as follows:

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 23-12303-TWD   Doc 50   Filed 12/11/23   Ent. 12/11/23 11:08:09   Pg. 1 of 2

$9,877.50 was paid on August 14, 2023; $5,122.50 was paid on September 15, 2023; $15,257.50 was paid on September 20, 2023; and $61,998.00 was paid on November 27, 2023. On the Petition Date, the Debtor owed no funds to Bush Kornfeld.

4. As of the Petition Date, Bush Kornfeld held, and currently holds, $38,002.00 in trust as the balance remaining of its prepetition advance fee deposit. This amount will not be applied to fees or costs incurred absent an order of this court.

5. In the year prior to the filing of the petition, the only payments that the Debtor made to Bush Kornfeld are described in this statement.

6. Bush Kornfeld will not share its compensation with any other entity.

DATED this 11th day of December, 2023.

                                               BUSH KORNFELD LLP

                                               By/s/ *Jason Wax*
                                                     Christine M. Tobin-Presser, WSBA #27628
                                                     Thomas A. Buford, WSBA #52969
                                                     Jason Wax, WSBA #41944

                                               *Proposed Attorneys for Debtor-in-Possession*

FRBP 2016 STATEMENT – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 23-12303-TWD    Doc 50    Filed 12/11/23    Ent. 12/11/23 11:08:09    Pg. 2 of 2