Fill in this information to identify the case:

Debtor name: **Strategies 360, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known): **23-12303**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **Schedule F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 18, 2023**    X **/s/ John Rosenberg**
Signature of individual signing on behalf of debtor

**John Rosenberg**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Strategies 360, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 23-12303 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ 8,781,083.80

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... $ 8,781,083.80

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................ $ 3,665,639.30

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................. +$ 7,286,473.99

4. **Total liabilities** .....................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ 10,952,113.29

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Aaryn Ehlers
2823 W. Walden Way
Anthem, AZ 85086

Date(s) debt was incurred **10/31/2023 and 11/1/2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,145.00**

---

**3.2** **Nonpriority creditor's name and mailing address**
Barbara Haugen
10244 39th Ave SW
Seattle, WA 98146

Date(s) debt was incurred **10/31/2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,125.00**

---

**3.3** **Nonpriority creditor's name and mailing address**
Christopher J Posey
408 W. 11th Street
5th Floor
Austin, TX 78701

Date(s) debt was incurred **11/20/2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$13,285.71**

---

**3.4** **Nonpriority creditor's name and mailing address**
Crash Eleven Productions
11850 W Lewisburg Ct.
Boise, ID 83709

Date(s) debt was incurred **10/3/2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

| Debtor | Strategies 360, Inc. | Case number (if known) | 23-12303 |
|---|---|---|---|

## 3.5 EDJE Consulting, LLC (Randall Edwards)

**Nonpriority creditor's name and mailing address**
EDJE Consulting, LLC (Randall Edwards)
6666 SE Yamhill
Portland, OR 97215

Date(s) debt was incurred  11/1/2023
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

## 3.6 ERP Buddies Inc

**Nonpriority creditor's name and mailing address**
ERP Buddies Inc
2425 Matheson Blvd E Suite 401
Mississauga, ON L4W 5K4
CANADA

Date(s) debt was incurred  11/30/2023
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

## 3.7 KnowBe4

**Nonpriority creditor's name and mailing address**
KnowBe4
PO BOX 734977
Dallas, TX 75373-4977

Date(s) debt was incurred  11/20/2023
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,386.88**

## 3.8 Kratz Consulting LLC

**Nonpriority creditor's name and mailing address**
Kratz Consulting LLC
5333 Candlelight Drive
San Diego, CA 92037

Date(s) debt was incurred  10/30/2023
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,281.25**

## 3.9 Live Strategies Group

**Nonpriority creditor's name and mailing address**
Live Strategies Group
Attn: Jason Badell
124 South 40 East Suite 310
Salt Lake City, UT 84111

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$142,650.00**

## 3.10 MAP Retirement USA LLC

**Nonpriority creditor's name and mailing address**
MAP Retirement USA LLC
W6180 Aerotech Dr
Appleton, WI 54914

Date(s) debt was incurred  11/16/2023
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

## 3.11 Nextmark, Inc. (Bionic Ads)

**Nonpriority creditor's name and mailing address**
Nextmark, Inc. (Bionic Ads)
9450 SW Gemini Dr.
PMB 58999
Beaverton, OR 97008-7105

Date(s) debt was incurred  11/1/2023
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

| Debtor | Strategies 360, Inc. | Case number (if known) | 23-12303 |

### 3.12 Olympia Consulting Inc.
**Nonpriority creditor's name and mailing address**
Olympia Consulting Inc.
28431 Sheriden Drive
Laguna Niguel, CA 92677

Date(s) debt was incurred  11/24/2023
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,500.00**

---

### 3.13 Pacific Printing
**Nonpriority creditor's name and mailing address**
Pacific Printing
1445 Monterey Hwy
San Jose, CA 95110

Date(s) debt was incurred  10/23/2023
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$288.44**

---

### 3.14 Pride Electric Inc.
**Nonpriority creditor's name and mailing address**
Pride Electric Inc.
3200 NW Yeon Avenue
Portland, OR 97210

Date(s) debt was incurred  10/27/2023
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,304.23**

---

### 3.15 RubinBrown LLP
**Nonpriority creditor's name and mailing address**
RubinBrown LLP
PO Box 790379
Saint Louis, MO 63179-0379

Date(s) debt was incurred  9/20/2023 and 10/31/2023
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,000.00**

---

### 3.16 Shan Tsutsui
**Nonpriority creditor's name and mailing address**
Shan Tsutsui
2061 Kolo Place
Wailuku, HI 96793

Date(s) debt was incurred  7/30/23 and 11/30/2023
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

### 3.17 Teledata Technologies
**Nonpriority creditor's name and mailing address**
Teledata Technologies
7060 W. Warm Springs Rd.
Unit 190
Las Vegas, NV 89113

Date(s) debt was incurred  11/10/2023
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,464.00**

---

### 3.18 Tempest Technologies LLC
**Nonpriority creditor's name and mailing address**
Tempest Technologies LLC
1045 12th Ave NW
#F8
Issaquah, WA 98027

Date(s) debt was incurred  11/16/2023
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,691.98**

| Debtor | Strategies 360, Inc. | Case number (if known) | 23-12303 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Trujillo, Jennifer and Anthony<br>c/o Jason Bowles<br>4811 Hardware Dr, NE<br>Building D, Suite 5<br>Albuquerque, NM 87109 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Asserted Litigation Claims** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|
| | Waldron Strategies Inc.<br>604 Gladstone Avenue<br>Baltimore, MD 21210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/1/2023** | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 213,397.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 213,397.49 |