The Honorable Timothy Dore
Chapter 11
Hearing Date: January 12, 2024
Hearing Time: 9:30 a.m.
Place: Seattle, Courtroom 8106
Response Due: January 5, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

STRATEGIES 360, INC.,

    Debtor.

CASE NO. 23-12303-TWD

NOTICE OF HEARING FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION TO EMPLOY DBS LAW

TO:     Debtor, U.S. Trustee, and all Parties in Interest

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of Strategies 360, Inc. ("Committee"), duly appointed by the United States Trustee on December 13, 2023, has filed a motion for an order approving the employment of DBS Law ("DBS Law" or "Firm") as counsel for the Committee. A copy of the motion can be obtained from the Clerk of the Bankruptcy Court or by contacting the undersigned counsel. The motion is set for hearing as follows:

| | | | |
|---|---|---|---|
| JUDGE: | Hon. Timothy Dore | TIME: | 9:30 AM |
| PLACE: | United States Bankruptcy Court<br>Courtroom 8106<br>700 Stewart Street<br>Seattle, WA 98101 | DATE: | January 12, 2024 |

NOTICE OF HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS APPLICATION TO EMPLOY DBS LAW

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

Case 23-12303-TWD   Doc 89   Filed 12/20/23   Ent. 12/20/23 10:21:30   Pg. 1 of 2

YOU ARE FURTHER NOTIFIED that responses or objections must be made in writing and filed with the Bankruptcy Court, with copies delivered to the undersigned counsel, NO LATER THAN **JANUARY 5, 2024**. If you do not timely file a response or objection, the court may enter final order approving the relief requested in the motion without further notice to you.

DATED this 20th day of December 2023.

DBS LAW

*/s/ Dominique R. Scalia*
Daniel J. Bugbee, WSBA No. 42412
Dominique R. Scalia, WSBA No. 47313
*Proposed Attorneys for the Official Committee of Unsecured Creditors*

NOTICE OF HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS APPLICATION TO EMPLOY DBS LAW

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

Case 23-12303-TWD    Doc 89    Filed 12/20/23    Ent. 12/20/23 10:21:30    Pg. 2 of 2