**Below is the Order of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

STRATEGIES 360, INC.,

Debtor.

No. 23-12303-TWD

ORDER APPROVING KEY
EMPLOYEE RETENTION PLAN

THIS MATTER came before the court upon the Motion for Order Approving Key Employee Retention Plan (the "Motion") filed by the above-captioned debtors (the "Debtor"), debtor-in-possession in this case, pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(c). Capitalized terms in this Order have the same meaning identified in the Motion unless otherwise indicated. The court has reviewed the files and records in this case and finds that the relief requested is in the best interests of the estate and its creditors. Now, therefore, it is hereby

ORDERED as follows:

1.    The Motion is GRANTED;

2.    Pursuant to 11 U.S.C. §§ 363(b) and 503(c)(3), the KERP is approved and the Debtor is authorized to implement the KERP and the Debtor is authorized but not directed to make the payments

ORDER APPROVING KEY EMPLOYEE
RETENTION PLAN – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

associated with the KERP. Notwithstanding the forgoing, the Debtor shall not make payments under the KERP to Ron Dotzauer, Karen Waters, Kurt Beckett, or John Rosenberg.

3.    The Debtor is authorized to execute and deliver all instruments and documents, and to take all such other actions as may be necessary or appropriate to implement, effectuate, and fully perform the KERP.

/ / /End of Order/ / /

Presented by:

BUSH KORNFELD LLP

By /s/ *Jason Wax*
    Christine M. Tobin-Presser, WSBA #27628
    Thomas A. Buford, WSBA #52969
    Jason Wax, WSBA #41944
*Attorneys for Debtor-in-Possession*

ORDER APPROVING KEY EMPLOYEE
RETENTION PLAN – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104