HONORABLE TIMOTHY W. DORE

HEARING DATE: FRIDAY, FEBRUARY 2, 2024
HEARING TIME: 9:30 A.M.
LOCATION: SEATTLE, COURTROOM 8106
RESPONSES DUE: MONDAY, JANUARY 29, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>STRATEGIES 360, INC.,<br><br>Debtor. | No. 23-12303-TWD<br><br>NOTICE OF HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENA |

TO: THE CLERK OF THE COURT
AND TO: THE HONORABLE TIMOTHY W. DORE
AND TO: ALL PARTIES-IN-INTEREST
HEARING DATE: FRIDAY, FEBRUARY 2, 2024
HEARING TIME: 9:30 A.M.
RESPONSE DUE: MONDAY, JANUARY 29, 2024
LOCATION: UNITED STATES BANKRUPTCY COURT, COURTROOM 8106, U.S. COURTHOUSE, 700 STEWART STREET, SEATTLE, WASHINGTON 98101

PLEASE TAKE NOTICE that Strategies 360, Inc., debtor and debtor-in-possession has filed a motion with the court seeking to an order requiring Eric Sorenson to comply with the subpoena issued to him pursuant to the Order Authorizing and Directing 2004 Examination of Eric Sorenson entered by the court on December 28, 2023 [Doc. No. 109].

The motion is on file with the above-captioned Court, together with supporting documents. Any party desiring information as to the details may request same from the Clerk of the Court or from the undersigned counsel.

IF YOU OPPOSE the motion, you must file your written response with the court clerk and serve it upon the undersigned counsel NOT LATER THAN THE RESPONSE DATE, which is Monday, January 29, 2024.

NOTICE OF HEARING ON MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA– Page 1

ha17mm014x

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 23-12303-TWD    Doc 160    Filed 01/18/24    Ent. 01/18/24 12:44:32    Pg. 1 of 2

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 18th day of January, 2024.

BUSH KORNFELD LLP

By /s/ Jason Wax
Jason Wax, WSBA #41944
Thomas A. Buford, WSBA #52969
Christine M. Tobin-Presser, WSBA #27628
*Attorneys for Strategies 360, Inc., Debtor-in-Possession*

NOTICE OF HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENA– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ha17mm014x

Case 23-12303-TWD    Doc 160    Filed 01/18/24    Ent. 01/18/24 12:44:32    Pg. 2 of 2