Michael J. Gearin, WSBA # 20982
Christopher M. Wyant, WSBA # 35561
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Timothy W. Dore
Chapter 11
Hearing Location: Seattle, Rm. 8106
Hearing Date: February 9, 2024
Hearing Time: 9:30 a.m.
Response Date: February 8, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

STRATEGIES 360 INC.,

    Debtor.

Case No. 23-12303-TWD

**ERIC SORENSON'S RESPONSE TO MOTION TO AMEND FINAL ORDER (1) AUTHORIZING USE OF CASH COLLATERAL AND (2) GRANTING ADEQUATE PROTECTION**

    Eric Sorenson supports approval of Strategies 360, Inc.'s (the "Debtor") *Motion to Amend Final Order (1) Authorizing Use of Cash Collateral and (2) Granting Adequate Protection* (the "Motion"). Sorenson recognizes use of the Cash Collateral[1] is necessary to avoid disruptions to the Debtor's business, and to preserve going concern value for the benefit of the estate and the creditors.

    Over the past two weeks, the Debtor has modified its resistance to sharing important financial information with Sorenson and there has been progress in dialogue with the Debtor regarding creditor concerns. While the circumstances giving rise to the need to file this Motion reflect negatively on the Debtor's current management, Sorenson continues to believe that the ongoing operation of the Debtor is in the best interests of creditors and the estate.

---

[1] Unless otherwise indicated, capitalized terms have the meaning set out in the Final Order (1) Authorizing Use of Cash Collateral, and (2) Granting Adequate Protection. Dkt. 146.

SORENSON'S RESPONSE TO MOTION TO AMEND
FINAL ORDER (1) AUTHORIZING USE OF CASH
COLLATERAL AND (2) GRANTING ADEQUATE
PROTECTION - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-12303-TWD    Doc 194    Filed 02/08/24    Ent. 02/08/24 10:42:29    Pg. 1 of 3

Under the terms of the cash collateral order, the Debtor provides KeyBank with certain reports. Dkt. 146 (Order) Dkt. 175 (Motion) at 2; Dkt. 176 (Rosenberg Decl.) ¶ 4. Sorenson requests that going forward, the Debtor be required to provide Sorenson and the Creditors Committee with the same reporting it provides to KeyBank at the same time such reporting is provided to Key Bank.

Accordingly, Sorenson requests that the Court grant the Debtor's Motion and approve the amendment to the cash collateral order.

DATED this 8th day of January, 2024.

          K&L GATES LLP

          By */s/ Michael J. Gearin*
             Michael J. Gearin, WSBA # 20982
             Christopher M. Wyant, WSBA # 35561
             925 Fourth Avenue, Suite 2900
             Seattle, WA 98104-1158
             Telephone: (206) 623-7580
             Email: michael.gearin@klgates.com
                    christopher.wyant@klgates.com

          *Attorneys for Eric Sorenson*

SORENSON'S RESPONSE TO MOTION TO AMEND FINAL ORDER (1) AUTHORIZING USE OF CASH COLLATERAL AND (2) GRANTING ADEQUATE PROTECTION - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 23-12303-TWD    Doc 194    Filed 02/08/24    Ent. 02/08/24 10:42:29    Pg. 2 of 3

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on February 8, 2024, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 8th day of January, 2024 at Seattle, Washington.

*/s/ Denise A. Lentz*
Denise A. Lentz

SORENSON'S RESPONSE TO MOTION TO AMEND FINAL ORDER (1) AUTHORIZING USE OF CASH COLLATERAL AND (2) GRANTING ADEQUATE PROTECTION - 3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022