UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

STRATEGIES 360, INC.,

    Debtor.

No. 23-12303

[PROPOSED] ORDER GRANTING KEYBANK.'S MOTION FOR APPOINTMENT OF TRUSTEE

This matter came before the court on March 29, 2024 on KeyBank, N.A.'s Motion for Appointment of Chapter 11 Trustee ("*Motion*"). The Court, having reviewed the Motion and all responses thereto, hearing oral argument on the Motion, and otherwise being fully advised in the premises, finds that sufficient grounds exist under both 11 U.S.C. §§ 1104(a)(1) and (2) for the appointment of a Chapter 11 trustee. Accordingly, it is

ORDERED that KeyBank's Motion is granted, and the U.S. Trustee, upon consultations with KeyBank and other parties in interest, is hereby directed to appoint a chapter 11 trustee.

//End of Order//

Presented by:
/s/ *Bruce W. Leaverton*
Bruce W. Leaverton, WSBA #15329
Michael M. Feinberg, WSBA #11811
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: bleaverton@karrtuttle.com
*Attorneys for KeyBank, N.A.*

ORDER GRANTING KEYBANK'S MOTION
FOR APPOINTMENT OF TRUSTEE - 1
#5542096 v1 / 73219-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 23-12303-TWD    Doc 242-1    Filed 03/08/24    Ent. 03/08/24 16:58:34    Pg. 1 of 1