The Honorable Timothy W. Dore
Chapter 11
Hearing Location: Courtroom 8106
Hearing Date: March 29, 2024
Hearing Time: 9:30 a.m.
Response Date: March 22, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>STRATEGIES 360, INC.,<br><br>               Debtor. | No. 23-12303<br><br>NOTICE OF HEARING RE: KEYBANK, N.A.'S MOTION FOR APPOINTMENT OF TRUSTEE |

PLEASE TAKE NOTICE that KeyBank, N.A. ("KeyBank"), a secured creditor in this case, has filed a Motion for Appointment of Trustee based on § 1104(a) of the Bankruptcy Code (the "Motion"), which has been SET FOR HEARING as follows:

JUDGE: The Honorable Timothy W. Dore     TIME: 9:30 a.m.

PLACE: 700 Stewart St. 8th Floor
Courtroom 8106
Seattle, WA 98101

DATE: March 29, 2024

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned and to all parties in interest NO LATER THAN THE RESPONSE DATE, which is **March 22, 2024**. If you file a response, you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE AND STRIKE THE HEARING.

NOTICE OF HEARING RE: KEYBANK, N.A.'S MOTION
FOR APPOINTMENT OF TRUSTEE - 1
#5542148 v1 / 73219-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 23-12303-TWD    Doc 242-2    Filed 03/08/24    Ent. 03/08/24 16:58:34    Pg. 1 of 2

If you wish to receive copies of the Motion, proposed order, and supporting declaration, you may contact the undersigned by telephone or contact Paralegal Anna Sier at (206) 224-8105 or asier@karrtuttle.com.

DATED this 8th day of March 2024.

**KARR TUTTLE CAMPBELL**

*/s/ Bruce W. Leaverton*
Bruce W. Leaverton, WSBA# 15329
Michael Feinberg, WSBA #11811
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
bleaverton@karrtuttle.com
mfeinberg@karrtuttle.com
Phone: 206-223-1313
Fax: 206-682-7100
*Attorneys for KeyBank, N.A.*

NOTICE OF HEARING RE: KEYBANK, N.A.'S MOTION FOR APPOINTMENT OF TRUSTEE - 2
#5542148 v1 / 73219-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 23-12303-TWD    Doc 242-2    Filed 03/08/24    Ent. 03/08/24 16:58:34    Pg. 2 of 2