The Honorable Timothy W. Dore
Chapter 11
Hearing Location: Courtroom 8106
Hearing Date: March 29, 2024
Hearing Time: 9:30 a.m.
Response Date: March 22, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

STRATEGIES 360, INC.,

        Debtor.

No. 23-12303

CERTIFICATE OF SERVICE

I, Annaliese K. Sier, declare as follows:

1. I am an employee of Karr Tuttle Campbell, and this firm represents KeyBank N.A.

2. On March 8, 2024, I caused to be served via Regular US Mail, Postage Paid, a true and correct copy of the Notice of Hearing RE: Keybank, N.A.'s Motion for Appointment of Trustee to the entities listed on **Exhibit A** attached hereto.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct, to the best of my knowledge.

DATED at Seattle, Washington this 8th day of March, 2024.

                                                      /s/Annaliese K. Sier
                                                    Annaliese K. Sier, Paralegal

CERTIFICATE OF SERVICE- 1
#5543435 v1 / 73219-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 23-12303-TWD    Doc 242-3    Filed 03/08/24    Ent. 03/08/24 16:58:34    Pg. 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 8th day of March, 2024.

                                          Respectfully submitted,

                                        KARR TUTTLE CAMPBELL

                                        By   /s/ Annaliese K. Sier
                                                  Annaliese K. Sier, Paralegal

CERTIFICATE OF SERVICE- 2
#5543435 v1 / 73219-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 23-12303-TWD    Doc 242-3    Filed 03/08/24    Ent. 03/08/24 16:58:34    Pg. 2 of 2