HONORABLE TIMOTHY W. DORE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

STRATEGIES 360, INC.,

Debtor.

No. 23-12303-TWD

ORDER CONFIRMING DEBTOR'S SEVENTH AMENDED PLAN OF REORGANIZATION

This matter came before the Court upon the Seventh Amended Plan of Reorganization (the "Plan") filed by Strategies 360, Inc. (the "Debtor"), debtor-in-possession herein. The Court has reviewed the files and records herein and in accordance with the oral findings made at the hearing on May 10, 2024 it is hereby

**ORDERED:**

1. That the Debtor's Plan is confirmed; and

2. Pursuant to RCW 23B.02.020 and RCW 23B.10.080, the changes to the Amended Governance Documents, as that term is defined in the Plan, as contemplated by the Plan, are hereby approved.

//End of Order//

ORDER CONFIRMING DEBTOR'S SEVENTH AMENDED
PLAN OF REORGANIZATION– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

he10g401gx

Case 23-12303-TWD    Doc 338    Filed 05/10/24    Ent. 05/10/24 13:31:02    Pg. 1 of 2

Presented by:

BUSH KORNFELD LLP

By  /s/ Christine M. Tobin-Presser
    Thomas A. Buford, WSBA #52969
    Christine M. Tobin-Presser, WSBA #27628
    Jason Wax, WSBA #41944
Attorneys for Strategies 360, Inc., Debtor

ORDER CONFIRMING DEBTOR'S SEVENTH AMENDED
PLAN OF REORGANIZATION– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

he10g401gx

Case 23-12303-TWD   Doc 338   Filed 05/10/24   Ent. 05/10/24 13:31:02   Pg. 2 of 2