Entered on Docket June 14, 2024

**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>STRATEGIES 360, INC.,<br>                        Debtor. | No. 23-12303-TWD<br><br>FINAL DECREE ~~CLOSING CASE~~ |

      THIS MATTER came before the Court upon the *Application for Final Decree* (Doc. No. 357) (the "Application")[1] filed by Strategies 360, Inc. (the "Debtor"), the reorganized debtor in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), requesting entry of a final decree closing this Chapter 11 Case pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure. The court finds that adequate notice of the Application was given; that all amounts owing to the United States Trustee in this Chapter 11 Case have been paid; and that all matters to be completed in connection with substantial consummation of the Plan have been completed. It further appears that there are no pending motions, applications, appeals, adversary

---

[1] A capitalized term used but not defined in this document shall have the meaning ascribed to it in the Application.

FINAL DECREE ~~CLOSING CASE~~ – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hf13ee01ge

Case 23-12303-TWD   Doc 376   Filed 06/14/24   Ent. 06/14/24 08:44:32   Pg. 1 of 2

proceedings or contested matters in or related to this Chapter 11 Case. The court has considered the Application, the *Declaration of John Rosenberg in Support of Application for Final Decree* filed in support of the Application, and the record and files in this Chapter 11 Case. It appears that the relief requested in the Application is appropriate and otherwise satisfies applicable standards and is in the best interests of the Debtor, its Creditors, the bankruptcy estate, and other parties in interest. After due deliberation, it is hereby

**ORDERED as follows:**

1. The Application is granted.

2. The Clerk of the Court may close this Chapter 11 Case.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP

By /s/ *Jason Wax*
Christine M. Tobin-Presser, WSBA #27628
Thomas A. Buford, WSBA #52969
Jason Wax, WSBA #41944
Attorneys for Strategies 360, Inc.

FINAL DECREE ~~CLOSING CASE~~ – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hf13ee01ge

Case 23-12303-TWD    Doc 376    Filed 06/14/24    Ent. 06/14/24 08:44:32    Pg. 2 of 2
