PATRICK BASKETTE
19709 Wellington Manor Blvd
Lutz, FL 33549

June 6, 2024

The Honorable Timothy W. Dore
700 Stewart St.
8th Floor
Courtroom 8106
Seattle, WA 98101

FILED
Western District of Washington
at Seattle

JUN 17 2024

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

RE: Strategies 360 Bankruptcy Hearing 3.29.24

Judge Dore:

I am a creditor with a $71,000+ claim pending. I have tried diligently over the last several months to obtain updates from the Bush Kornfield on my claim status. The only way I receive any updates is through another claimant. Attached are two sets of email exchanges with Bush Kornfield attorneys. The exchange with Jason Wax confirms a potential settlement and payment schedule. In return for this information, I was asked to write to you and oppose Key Bank's settlement position (attached). Since I wrote that letter, I no longer receive updates from the firm including what and when I will receive payments. Moreover, neither Tom Buford nor Jason Wax will return my calls. Therefore, I cannot support any settlement agreement without a clear explanation of what I will be paid and when.

I object and oppose any settlement agreement without a clear explanation on amounts and timeline for settlement payments to me.

Sincerely,

Jon P. Baskette

(202) 744-1547/m

PATRICK BASKETTE
19709 Wellington Manor Blvd
Lutz, FL 33549

March 14, 2024

The Honorable Timothy W. Dore
700 Stewart St.
8th Floor
Courtroom 8106
Seattle, WA 98101

RE: Strategies 360 Bankruptcy Hearing 3.29.24

Judge Dore:

I object and oppose Karr Tuttle Cambell's proposed bankruptcy settlement motion.

Sincerely,

Jon P. Baskette

*[handwritten notation: Sent via Certified 3-14-24]*

Thanks Patrick – let's do 2:30 p.m. Eastern. I will call you then.


**Thomas Buford**
**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101
Direct: (206) 683-5384
tbuford@bskd.com
www.bushkornfeld.com

*[Handwritten: JB / NO CALL 6-6-24 10:30a]*

**From:** Patrick Baskette <patrick@baskette.us>
**Sent:** Monday, April 22, 2024 12:49 PM
**To:** Thomas Buford <TBuford@bskd.com>
**Subject:** Re: Strategies 360 Bankruptcy

Thank you for your reply, Tom. Wednesday afternoon works fine. Thank you for taking the time to speak. Perhaps 2-4p/ET? Later is fine too. Best, Patrick Baskette 202-744-1547/m

---

**From:** Thomas Buford <TBuford@bskd.com>
**Sent:** Monday, April 22, 2024 1:48 PM
**To:** Patrick Baskette <patrick@baskette.us>
**Subject:** RE: Strategies 360 Bankruptcy

Patrick,

I am not sure why you draw that conclusion from Jason's email, but I am happy to discuss. I am booked solid today and tomorrow – is there a time on Wednesday that would work for you?

Thanks,
Thomas


**Thomas Buford**
**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101
Direct: (206) 683-5384
tbuford@bskd.com
www.bushkornfeld.com

**From:** Patrick Baskette <patrick@baskette.us>
**Sent:** Wednesday, April 17, 2024 3:59 PM
**To:** Thomas Buford <TBuford@bskd.com>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>; Thomas Buford <TBuford@bskd.com>; Paula Sutton <psutton@bskd.com>; Jason Wax <jwax@bskd.com>
**Subject:** Re: Strategies 360 Bankruptcy

Can I communicate with you, Tom, moving forward? Can you please clarify the process moving forward. Since I wrote the Judge, your associate's interest in dealing with me had ended. I had intended to send this email to Jason but decided to share with you. Please confirm.

## RE: Strategies 360 Bankruptcy

**Thomas Buford** <TBuford@bskd.com>
Wed 5/22/2024 10:06 AM
To: Patrick Baskette <patrick@baskette.us>
Cc: Peggy Baskette <pbaskette56@gmail.com>

Pat,

I will be back in my office tomorrow and get back to you this week.

Thanks,
Thomas


**Thomas Buford**
**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101
Direct: (206) 683-5384
tburford@bskd.com
www.bushkornfeld.com


*(handwritten note: No calls or Replies 6-6-24 10:30a)*

**From:** Patrick Baskette <patrick@baskette.us>
**Sent:** Wednesday, May 22, 2024 7:00 AM
**To:** Thomas Buford <TBuford@bskd.com>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>
**Subject:** Re: Strategies 360 Bankruptcy

Please get back with me on my inquiry, Tom.

Best,
Patrick Baskette
(202)744-1547

---

**From:** Patrick Baskette <patrick@baskette.us>
**Sent:** Saturday, May 18, 2024 1:25 PM
**To:** Thomas Buford <TBuford@bskd.com>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>
**Subject:** Re: Strategies 360 Bankruptcy

Tom: One of the creditors called me the Friday a settlement was reached in the S360 bankruptcy. Today I received the official notification but no details. Please share when the payments will begin for my filing and the amounts.

Best,
Patrick Baskette
(202)744-1547/m

---

**From:** Thomas Buford <TBuford@bskd.com>
**Sent:** Tuesday, April 23, 2024 12:01 PM
**To:** Patrick Baskette <patrick@baskette.us>
**Subject:** RE: Strategies 360 Bankruptcy

Jason - I'm getting the distinct impression that you neither want want nor appreciate my inquiries. If I am imposing, perhaps I should deal with another attorney or the Judge. Your call.

You laid out a payment plan earlier when you wanted me to write to the judge to oppose Key Bank's efforts to derail a settlement. I did so based on the email and formula you provided (below). I understand that negotiations caused a revision in the payouts and timeline. Since I wrote the Judge, your interest in dealing with me has ended.

Earlier, you stated that I was 13% of the unsecured class 5. If that is correct, and if this agreement comes to fruition, I can expect payments - beginning in June for 13% of $37,500 - $4,875.00.

Patrick Baskette

*[Handwritten annotation: "No further update / 6-6-24 10:309 TP/B"]*

---

**From:** Jason Wax <jwax@bskd.com>
**Sent:** Wednesday, April 17, 2024 6:31 PM
**To:** Patrick Baskette <patrick@baskette.us>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>; Thomas Buford <TBuford@bskd.com>; Paula Sutton <psutton@bskd.com>
**Subject:** RE: Strategies 360 Bankruptcy

Patrick,

The earlier plan has been replaced by the currently filed plan which proposes payments as I outlined in my email below from earlier today (highlighted).

Thanks,

Jason

**From:** Patrick Baskette <patrick@baskette.us>
**Sent:** Wednesday, April 17, 2024 3:10 PM
**To:** Jason Wax <jwax@bskd.com>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>; Thomas Buford <TBuford@bskd.com>; Paula Sutton <psutton@bskd.com>
**Subject:** Re: Strategies 360 Bankruptcy

Jason - Please help me decipher your latest explanation with the earlier proposal:

Thanks for reaching out. Yes, you're correct that your claim is included in unsecured class 5. You're also correct about the proposed timing of payments. Those payments will be pro rata to creditors, meaning that your portion of each payment depends on what percentage of the total class is comprised by your claim. In this case, it appears that it is roughly 13% of that class which would result in you receiving about 13% of each of those $200k payments, or roughly $26k from each payment, or approximately $52k total from the first two $200k payments. The remaining $19k will be paid more slowly pursuant to this language in the proposed plan:

> "Thereafter, beginning on September 25, 2024, the Debtor will make 14 equal quarterly payments totaling the amount necessary to satisfy the Class 5 Claims, with each such payment to be distributed to Holders of Class 5 Claims on a *pro rata* basis"

In other words, each quarter beginning on 9/25/24, you will receive another payment equal to approximately 1/14 of the remaining amount of your allowed claim.

Thanks for letting us know that you didn't receive a ballot. That's unusual, but I will follow up with my legal assistant and we'll get something over to you ASAP.

Take care,

Jason

Best,

Patrick Baskette

9202)744-1547/m

---

**From:** Jason Wax <jwax@bskd.com>
**Sent:** Wednesday, April 17, 2024 4:25 PM
**To:** Patrick Baskette <patrick@baskette.us>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>; Thomas Buford <TBuford@bskd.com>; Paula Sutton <psutton@bskd.com>
**Subject:** RE: Strategies 360 Bankruptcy

Hi Patrick,

The debtor is proposing to pay $37,500 per month to unsecured creditors starting in approximately July 2024, and that amount will be distributed pro rata to all unsecured creditors with allowed claims. Once the debt to the secured lender KeyBank has been paid in full about two years later, then the monthly payments to unsecured creditors will increase from $37,500 per month to $120,000. Those distributions will also be pro rata. We expect all unsecured creditors to be paid in full approximately 3 years from now.

Thanks,

Jason

**From:** Paula Sutton <psutton@bskd.com>
**Sent:** Wednesday, April 17, 2024 9:42 AM
**To:** Patrick Baskette <patrick@baskette.us>; Thomas Buford <TBuford@bskd.com>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>; Jason Wax <jwax@bskd.com>
**Subject:** RE: Strategies 360 Bankruptcy

Good morning, Patrick. Per your request, attached is the Fifth Amended Plan. I am cc'ing Jason Wax to see if he can answer your question below.

*Paula Sutton*

Legal Assistant to James L. Day,

Christine M. Tobin-Presser, Thomas A. Buford

and Richard B. Keeton

BUSH KORNFELD LLP

601 Union Street, Suite 5000

Seattle, WA 98101-2373

Phone: 206-292-2110

psutton@bskd.com

**From:** Patrick Baskette <patrick@baskette.us>
**Sent:** Wednesday, April 17, 2024 9:33 AM

**To:** Thomas Buford <TBuford@bskd.com>; Paula Sutton <psutton@bskd.com>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>
**Subject:** Strategies 360 Bankruptcy

Paula and Tom:

I am a creditor in the S360 bankruptcy and received your most recent correspondence today. Please share the Fifth Amended Plan so that I can determine how it affects my claim - if at all. If you have an explanation on how this new settlement plan (5th) would affect payments to me, please elaborate including prospective payment timelines. Jaxon Wax previously provided a payment schedule based on earlier Plans. I was asked to either confirm or reject that payment plan and settlement with the court, which I did as requested.

Thank you for your efforts to keep me informed.

Best,

Jon P. Baskette

19709 Wellington Manor Blvd

Tampa, FL 33549

(202)744-1547/m

# RE: S360 Hearing

**Jason Wax** <jwax@bskd.com>
Fri 3/8/2024 3:14 PM
To: Patrick Baskette <patrick@baskette.us>
Cc: Peggy Baskette <pbaskette56@gmail.com>; Thomas Buford <TBuford@bskd.com>

Hi Patrick,

Thanks for reaching out. Yes, you're correct that your claim is included in unsecured class 5. You're also correct about the proposed timing of payments. Those payments will be pro rata to creditors, meaning that your portion of each payment depends on what percentage of the total class is comprised by your claim. In this case, it appears that it is roughly 13% of that class which would result in you receiving about 13% of each of those $200k payments, or roughly $26k from each payment, or approximately $52k total from the first two $200k payments. The remaining $19k will be paid more slowly pursuant to this language in the proposed plan:

> "Thereafter, beginning on September 25, 2024, the Debtor will make 14 equal quarterly payments totaling the amount necessary to satisfy the Class 5 Claims, with each such payment to be distributed to Holders of Class 5 Claims on a *pro rata* basis"

In other words, each quarter beginning on 9/25/24, you will receive another payment equal to approximately 1/14 of the remaining amount of your allowed claim.

Thanks for letting us know that you didn't receive a ballot. That's unusual, but I will follow up with my legal assistant and we'll get something over to you ASAP.

Take care,
Jason

Jason Wax
BUSH KORNFELD LLP
601 Union St., Suite 5000
Seattle, WA 98101
Direct: (206) 963-1550
Office: (206) 292-2110
jwax@bskd.com
www.bushkornfeld.com


**From:** Patrick Baskette <patrick@baskette.us>
**Sent:** Thursday, March 7, 2024 2:14 PM
**To:** Thomas Buford <TBuford@bskd.com>; Jason Wax <jwax@bskd.com>
**Cc:** Peggy Baskette <pbaskette56@gmail.com>
**Subject:** S360 Hearing

Tom and Jason:

I received what appears to be a settlement packet last week. The $71,065 in my unpaid compensation is listed on page 8. Am I correct that my claim is batched with all other claimants that total $530,896? Moreover, it appears my claim is listed as an Unsecured, Class 5 category. If I read correctly, it is proposed that $200,00 payment towards the $530,896 combined claims will be paid two months after the

court approved the bankruptcy plan. A second $200,000 distribution to the same claimant class is planned for June 22, 2024. Please confirm that I have the proposed formula correct.

How is it determined how the $400,000 is divided amongst the Class 5 Claimants?

Under the proposed formula, when might I expect to collect the full $71,065 owed?

I have copied my wife who is an attorney with DOJ. My wife is in WDC this week and has not yet reviewed the materials for us. I tried unsuccessful to reach Jason last week. There is a reference to a "ballot." I have not received the ballot and return envelope. Since you mention a March 22 deadline to submit a ballot, perhaps you should email the materials to me.

Best,
Patrick Baskette
(202)744-1547/m