FILED
Western District of Washington
at Seattle

AUG - 6 2024

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

PATRICK BASKETTE
19709 Wellington Manor Blvd
Lutz, FL 33549

July 29, 2024

The Honorable Timothy W. Dore
700 Stewart St.
8th Floor
Courtroom 8106
Seattle, WA 98101

23-12303

RE: Strategies 360 Bankruptcy Hearing 3.29.24

Judge Dore:

I am a claimant in Strategies 360 bankruptcy. It is my understanding that Strategies 360 bankruptcy was settled several months ago. I have a claim of $72,000 against Strategies 360 that was part of the bankruptcy settlement.

Since the settlement on March 29, 2024, I have not received any communications from Strategies 360 or its law firm, Bush Kornfeld about a settlement payment or settlement payment schedule. I have not had any communications with Bush Kornfeld since the settlement.

If a bankruptcy settlement is reached and agreed upon, whose responsibility is it to ensure that claimants are paid? Otherwise, why have a settlement. Do you intend to enforce the settlement or is the defendant free to ignore the bankruptcy settlement agreement issued by your court? <u>Has a trustee been appointed</u> to structure the claims settlement? Someone must be responsible for the payments to claimants.

Jon P. Baskette

Cc: Tom Buford, Bush Kornfeld