

**HCMP**  Hillis Clark Martin & Peterson P.S.

FILED
Western District of Washington
at Seattle

JAN - 2 2025

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

December 30, 2025

*VIA EMAIL AND US MAIL*

Strategies 360, Inc.
Attn: Ron Dotzauer Chief Executive Officer
Strategies 360
1505 Westlake Ave. N., #1000
Seattle, WA 98109

Re: *Supplemental Notice of Plan Default, In re Strategies 360, Inc., Case no. 23-12303, United States Bankruptcy Court for the Western District of Washington*

To Whom it May Concern:

By this letter, Alan Chaffee as Chief Restructuring Officer (the "CRO") of Strategies 360, Inc. ("Strategies 360") provides supplemental notice regarding default under the Debtor's Seventh Amended Plan of Reorganization (the "Plan") confirmed in case no. 23-12303, United States Bankruptcy Court for the Western District of Washington on May 10, 2024.

Pursuant to the Plan, the CRO previously served required recipients with the notice of default dated June 9, 2025 (the "Notice of Default"), which is incorporated herein. As stated in the Notice of Default, the Defaults identified therein were not promptly curable and are therefore were not Curable Plan Defaults as defined in the Plan. Under the Plan, Mr. Chaffee automatically became Strategies 360's Chief Restructuring Officer "vested with exclusive authority to oversee and conduct appropriate remedies ('Plan Default Remedies'), without the requirement of separate Board approval." Plan Art. VII(B)(5).

The CRO has determined that the most viable Plan Default Remedy is voluntary surrender of all assets pursuant to an Article 9 foreclosure to the Company's senior secured lender KeyBank, N.A. ("KeyBank"). KeyBank will then sell most of the assets (the "Sale") to Rise West Partners, LLC ("Buyer") for an agreed upon amount of cash and a percentage of collected accounts receivable and received governmental credits. The Sale will not include accounts receivable of the Washington D.C. or Hawaii offices. Enclosed is KeyBank's Notice of Disposition of Collateral, which KeyBank has or will serve as part of the Sale. KeyBank will retain deficiency rights. KeyBank is permitting payment of all accrued payroll, payroll taxes, bonuses and accrued PTO that must be paid to employees, except any amounts that any employee expressly agrees shall not be paid.

As part of the Sale, Buyer intends to acquire and assume Strategies 360's obligations under certain of Strategies 360's real estate leases (the "Leases"). As part of the Sale, Strategies 360 intends to terminate, and the Buyer may offer employment to, certain employees of



Strategies 360. Under the Sale, KeyBank will reimburse certain CRO fees and costs in negotiating and consummating this transaction. The parties to the Sale agree and acknowledge that the amount paid by KeyBank to reimburse the CRO's cost and expenses far exceeds the value of the Leases.

The Sale will not yield sufficient proceeds to pay KeyBank in full on its loan secured by its first position security interest. Accordingly, other creditors under the Plan will not receive proceeds from the Sale.

The CRO strongly believes that the Sale is the best possible option available to Strategies 360. That said, if you have any questions, please free to contact Mr. Chaffee alanc@turning-point.com.

Very truly yours,

Brian C. Free

*E-Mail:* brian.free@hcmp.com
*Direct Dial:* (206) 470-7646
Enclosure

Cc:

Bankruptcy mailing matrix for Strategies 360 bankruptcy (case no. 23-12303)

Thomas A. Buford
Christine M. Tobin-Presser
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Emails: tbuford@bskd.com and ctobin@bskd.com

KeyBank National Association
Attention: Dale Conder
702 W. Idaho Street
Boise, ID 83702
Email: Dale_Conder@keybank.com

Bruce W. Leaverton
Cairncross & Hemplemann, PS
524 2nd Ave #500
Seattle, WA 98104
Email: bleaverton@cairncross.com

Hillis Clark Martin & Peterson P.S.

Eric Sorenson
2309 N 62nd St.
Seattle, WA 98103
Email: ericedsorenson@gmail.com

Gregory R. Fox
Ballard Spahr, LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Email: foxg@ballardspahr.com

Michael J. Gearin and CJ Voss
K&L Gates
925 Fourth Avenue
Suite 2900
Seattle, WA 98104
Email: mike.gearin@klgates.com; cj.voss@klgates.com

Wenokur Riordan PLLC
Nate Riordan
600 Stewart St., Suite 1300
Seattle, WA 98101
Email: nate@wrlawgroup.com

CH& CAIRNCROSS&HEMPELMANN
ATTORNEYS AT LAW
524 2nd Ave., Suite 500        office 206.587.0700
Seattle, WA 98104              fax 206.587.2308
www.cairncross.com

December 29, 2025

VIA EMAIL and OVERNIGHT MAIL

Strategies 360, Inc.("Borrower")
Attn: Ron Dotzauer, CEO
John Oceguera, Executive VP
2200 6th Avenue, Suite 780
Seattle, WA 98121
Email: rond@strategies360.com and john@strategies360.com

Strategies 360, Inc
c/o Turning Point Strategic Advisors
Attn: Alan Chafee
509 Olive Wy #305, Seattle, WA 98101
Email: alanc@tuming-point.com

Ronald D. Dotzauer ("Guarantor")
17317 OK Mill Road
Snohomish, WA 98290
rond@strategies360.com

Western Consultants LLC (Guarantor)
Attn: Ron Dotzauer, CEO
John Oceguera, Executive VP
2200 6th Avenue, Suite 780
Seattle, WA 98121
Email: rond@strategies360.com and john@strategies360.com

Thomas A. Buford (Notice Party per S360 Plan Loan Documents)
Christine M. Tobin-Presser
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Emails: tbuford@bskd.com and ctobin@bskd.com

Xerox Financial Services (UCC Notice Party)
201 Merritt 7
Norwalk, CT 06856

    Re:    **NOTICE OF DISPOSITION OF COLLATERAL**

*MFeinberg@cairncross.com*
*direct: (206) 254-4459*

To Whom it May Concern:

      PLEASE TAKE NOTICE that KeyBank National Association will sell the collateral securing its loan to Strategies 360, Inc. at a private sale sometime after January 8, 2026, to one or more buyers to be determined later date, including all inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures, all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any parts of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property. A sale could include a lease or license.

Very truly yours,

Michael M. Feinberg

cc: Dale Conder
    Bruce Leaverton
    Nathan Riordan

*MFeinberg@cairncross.com*
*direct: (206) 254-4459*

4917-6291-5716, v. 3